IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02068-WJM-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$430,346.00 SEIZED FROM AMERICAN NATIONAL BANK ACCOUNT #70659944, and
$22,678.00 SEIZED FROM AMERICAN NATIONAL BANK ACCOUNT #52005163,

     Defendants.

LISABETH MELAHN, and
TAN YOUR HIDE II, INC.,

     Claimants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 7, 2011.**

     Claimants' Unopposed Motion for Stay [filed November 3, 2011; docket #12] is **granted in part and denied in part**. The proceedings of this action are hereby stayed pending further order of the Court. The parties shall file a joint status report concerning the underlying criminal matter on or before January 20, 2012.