IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-2068-WJM-MEH

UNITED STATES OF AMERICA

      Plaintiff,

v.

$430,346.00 SEIZED FROM AMERICAN NATIONAL BANK, Acct. ending 944, and
$22,678.00 SEIZED FROM AMERICAN NATIONAL BANK, Acct. ending 163

      Defendants.

LISABETH MELAHN, and
TAN YOUR HIDE II, INC.

      Claimants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO ADMINISTRATIVELY CLOSE CASE**
_____

This matter comes before the Court on the Government's Unopposed Motion for Order to Administratively Close Case filed January 26, 2011 (ECF No. 20). The Court having reviewed the Motion and the applicable Record hereby ORDERS as follows:

The Government's Motion is GRANTED. The above-captioned matter shall be ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2. The parties are GRANTED leave to move to reopen the case upon a showing of good cause.

Dated this 27th day of January, 2012.

BY THE COURT:

William J. Martínez
United States District Judge