## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 11-cv-02068-WJM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$430,346.00 SEIZED FROM AMERICAN NATIONAL BANK ACCOUNT # 70659944, and $22,678.00 SEIZED FROM AMERICAN NATIONAL BANK ACCOUNT # 52005163,

      Defendants.

## ORDER TO REOPEN CASE

THIS MATTER, coming before the Court on the Plaintiff's Unopposed Motion to Reopen Administratively Closed Case, and the Court, being fully advised in the premises, hereby ORDERS that this case shall be REOPENED for good cause shown.

Dated this 14th day of October, 2015.

BY THE COURT:

William J. Martínez
United States District Judge