**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02068-WJM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$430,346.00 SEIZED FROM AMERICAN NATIONAL BANK ACCOUNT # 70659944, and
$22,678.00 SEIZED FROM AMERICAN NATIONAL BANK ACCOUNT # 52005163,

      Defendants.

---

**FINAL ORDER OF FORFEITURE**

---

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. (ECF No. 30.) The Court, having reviewed said Motion, FINDS as follows:

1. That the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981;

2. That all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

3. That the United States and Claimants, Lisabeth Melahn and Tan Your Hide II, Inc., through counsel, Joseph H. Thibodeau, P.C., have reached a settlement agreement resolving Lisabeth Melahn's and Tan Your Hide II, Inc.'s interest as to Defendant Currency;

4. That the Government and Claimants, Lisabeth Melahn and Tan Your Hide II, Inc., have filed their Settlement Agreement (ECF No. 29) with the Court, resolving all issues in dispute as to Defendant Currency;

5. That no other claims to the above listed defendant property have been filed;

6. That $398,024.00 of the total of Defendant $453,024.00 in United States Currency shall be returned to Claimants with the understanding that the funds returned will be held in the trust account of Claimants' counsel, Joseph H. Thibodeau, P.C.;

7. That forfeiture of Defendant $55,000.00 in United States Currency shall enter in favor of the United States; and

8. That it further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 981.

Therefore, it is hereby ORDERED as follows:

1. The United States shall have full and legal title to Defendant $55,000.00 in United States Currency, to be disposed of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement, and that the balance of the seized funds, namely, $398,024.00, shall be returned to Claimants in accordance with the terms and provisions of said agreement;

2. The Clerk of Court is directed to enter Judgment in accordance with this Order;

3. Pursuant to their agreement, the parties shall bear their own attorneys' fees and costs; and

4. A Certificate of Reasonable Cause, which this Order constitutes, is granted as to Defendants pursuant to 28 U.S.C. § 2465.

Dated this 22nd day of October, 2015.

BY THE COURT:

William J. Martinez
United States District Judge